No. 1147. KELLY v. UNITED STATES. C. A. D. C. Cir. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *King David* for applicant. *Solicitor General Griswold* in opposition.

No. 1192. ZICARELLI v. NEW JERSEY STATE COMMISSION OF INVESTIGATION. Sup. Ct. N. J. Application for bail denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Michael A. Querques, Daniel E. Isles,* and *Joseph E. Brill* for applicant.

No. 1015, Misc. DAWSON v. FIELD, MEN'S COLONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Howard J. Schwab,* Deputy Attorney General, in opposition.

No. 290, Misc. CHANCE ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA ET AL. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.

No. 333, Misc. DAWSON v. KERR, CHAIRMAN, ADULT AUTHORITY OF CALIFORNIA. Motion for leave to file petition for writ of mandamus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Howard J. Schwab,* Deputy Attorney General, in opposition.

No. 1126, Misc. WILSON v. NEALON, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.